**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Delroy R. TOOMER, Petitioner**

**No. 328 MAL 2017**

Supreme Court of Pennsylvania.

August 8, 2017

## ORDER

PER CURIAM

**AND NOW**, this 8th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Shane G. SPEROW, Petitioner**

**No. 134 MAL 2017**

Supreme Court of Pennsylvania.

August 8, 2017

## ORDER

PER CURIAM

**AND NOW**, this 8th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

**IN RE: ADOPTION OF: BABY L.**

**Petition of: B.E., Biological Father**

**No. 396 MAL 2017**

Supreme Court of Pennsylvania.

August 8, 2017

## ORDER

PER CURIAM

**AND NOW**, this 8th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

The Petition for Permission to File an Answer to the Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED**.